107 A.3d 747

**DOCTOR'S CHOICE PHYSICAL MEDICINE & REHABILITATION CENTER, P.C., (LASELVA), Respondent**

**v.**

**TRAVELERS PERSONAL INSURANCE COMPANY, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 31, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of December, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner are:

(1) Whether the Superior Court improperly interpreted § 1797 of the MVFRL, the Supreme Court case of *Herd Chiropractic v. State Farm,* and its own case of *Levine v. Travelers,* to allow attorneys' fees even when an insurer has utilized the peer review process?

(2) Whether the Superior Court improperly interpreted and misapplied § 1797(b)(4) by holding that the insurer must oversee the statutory compliance of peer review organizations with 31 Pa.Code § 69.53(e)?